# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH VALENZUELA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:15-cv-00291-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME |

On November 13, 2015 the parties filed a stipulation to extend time for Plaintiff to serve a letter brief on Defendant.  (ECF No. 16.)  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve his letter brief on the Commissioner on or before December 1, 2015;
2. Plaintiff shall file an opening brief on or before February 5, 2016;
3. The Commissioner shall file a responsive brief on or before March 7, 2016; and
4. Plaintiff may file a reply brief on or before March 22, 2016.

IT IS SO ORDERED.

Dated:   **December 1, 2015**

UNITED STATES MAGISTRATE JUDGE