|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEREMIAH VALENZUELA, | Case No. 1:15-cv-00291-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. |  |
| COMMISSIONER OF SOCIAL SECURITY, | TEN DAY DEADLINE |
| Defendant. |  |

On January 2, 2015, Plaintiff filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On February 26, 2015, the Court issued a scheduling order. (ECF No. 6.) The scheduling order provides that "Within one hundred twenty (120) days after service of the complaint, respondent shall serve a copy of the administrative record on appellant and file it with the court." (ECF No. 6 at ¶ 2.) The scheduling order also provides that:

> Within thirty (30) days after service of the administrative record, appellant shall serve on respondent a letter brief outlining the reasons why he/she contends that a remand is warranted. The letter brief shall succinctly set forth the relevant issues and reasons for the remand. The letter brief itself shall NOT be field with the court and it shall be marked "confidential." A separate proof of service reflecting that the letter brief was served on respondent shall be filed with the court.

(Id. at ¶ 3).

Plaintiff was advised that failure to comply with the scheduling order or of the federal or

local rules of procedure could result in the issuance of sanctions pursuant to Local Rule 110. (Id. at ¶ 15.)

On October 1, 2015, Defendant lodged the administrative record. (ECF No. 15.) Therefore, pursuant to the scheduling order, Plaintiff was required to serve his confidential letter brief on or before October 31, 2015. On November 13, 2015, Plaintiff filed a stipulation to extend the time to and including December 1, 2015, for Plaintiff to serve his letter brief on Defendant. (ECF No. 16.) On December 1, 2015, the Court entered an order pursuant to the November 13, 2015 stipulation, and ordered that Plaintiff serve his letter brief on Defendant on or before December 1, 2015. (ECF No. 17.) On December 3, 2015, Defendant filed a notice of non-receipt of Plaintiff's letter brief. (ECF No. 18.) Plaintiff has not filed a response to Defendant's December 3, 2015 notice of non-receipt of the confidential letter brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within ten (10) days of the date of service of this order. Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **December 7, 2015**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28