# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH VALENZUELA,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:15-cv-00291-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 21, 22) |

On December 7, 2015, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to compliance with the scheduling order issued in this action. On this same date Plaintiff filed a stipulation for an additional extension of time and a notice that his confidential letter brief had been sent to the Commissioner.  On December 8, 2015, Plaintiff filed a response to the order to show cause.  Based on Plaintiff's response the order to show cause is HEREBY DISCHARGED.  The parties are advised that any requests to amend the scheduling order shall be filed prior to the due date for which extension is sought.

IT IS SO ORDERED.

Dated:  **December 9, 2015**

_____
UNITED STATES MAGISTRATE JUDGE