# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH VALENZUELA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00291-SAB<br><br>ORDER DIRECTING DEFENDANT TO FILE OBJECTION TO MOTION FOR EXTENSION OF TIME WITHIN SEVEN DAYS |

On March 10, 2016, Plaintiff filed a motion for an extension of time. Rule 230(b) of the Local Rules of the Eastern District Court requires that all motions must be noticed and the matter must be heard not less than twenty eight days after service and filing of the motion.

Plaintiff is advised for future reference that in Social Security cases the parties routinely stipulate to extensions of time. For this reason, the Court will not require a noticed motion in this instance, but will order an opposition to the motion to be filed, if Defendant objects to the extension of time.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of service of this order, Defendant shall file any objection to the extension of time.

IT IS SO ORDERED.

Dated:   **March 11, 2016**

UNITED STATES MAGISTRATE JUDGE